whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–844. DARLAND ET UX. v. COMPTROLLER OF THE TREASURY, INCOME TAX DIVISION, STATE OF MARYLAND. Appeal from Ct. Sp. App. Md. dismissed for want of substantial federal question.

No. 84–1545. MILLER-WOHL CO., INC. v. COMMISSIONER OF LABOR AND INDUSTRY OF MONTANA ET AL. Appeal from Sup. Ct. Mont. Judgment vacated and case remanded for further consideration in light of *California Federal Savings & Loan Assn.* v. *Guerra, ante,* p. 272. JUSTICE BLACKMUN, JUSTICE STEVENS, and JUSTICE SCALIA would dismiss the appeal for want of substantial federal question.

No. 86–746. SHARE ET AL. v. BERING ET AL. Sup. Ct. Wash. Petition for writ of certiorari dismissed for want of jurisdiction.

No. — – ——. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN. ET AL. v. FAB III CONCRETE CORP. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. — – ——. DEMOUCHETTE v. TEXAS; and

No. — – ——. PARKER v. ILLINOIS. Motions for leave to proceed *in forma pauperis* without submitting affidavits in support thereof granted.

No. D–566. IN RE DISBARMENT OF FRAZIN. Disbarment entered. [For earlier order herein, see 478 U. S. 1037.]

No. D–570. IN RE DISBARMENT OF PAYNE. Disbarment entered. [For earlier order herein, see 478 U. S. 1038.]

No. D–572. IN RE DISBARMENT OF CHASE. Disbarment entered. [For earlier order herein, see 478 U. S. 1047.]

No. D–574. IN RE DISBARMENT OF BRANNEN. Disbarment entered. [For earlier order herein, see 478 U. S. 1038.]